UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. |
| | ) | 5:16-cr-78-JMH |
| Plaintiff, | ) | |
| | ) | Civil No. |
| v. | ) | 5:18-cv-543-JMH |
| | ) | |
| PIERRE STEPHAN WASHINGTON, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Edward B. Atkins [DE 62], wherein he recommends that Defendant-Petitioner Pierre Stephan Washington's Motion to Vacate under 28 U.S.C. § 2255 [DE 51] be denied. Magistrate Judge Atkins thoroughly examined the record and found that Washington's three grounds for claiming ineffective assistance of counsel were without merit. Additionally, Magistrate Judge Atkins found that Washington is not entitled to an evidentiary hearing because his own motion, "along with the record in this case, conclusively show that he is not entitled to the relief he seeks." [DE 62 at 13].

Generally, a judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636. However, when the petitioner fails to file any objections to the Report and Recommendation, as in the case *sub*

1

*judice*, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Washington's deadline to file objections has long passed without any filings in the record. Consequently, and in the absence of any objections, this Court adopts the well-articulated and detailed reasoning set forth in the Report and Recommendation as its own.

Finally, Magistrate Judge Atkins recommends that no certificate of appealability should issue in this matter with respect to those claims raised under 28 U.S.C. § 2255. "A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). In order for a certificate to issue, Washington must be able to show that reasonable jurists could find in his favor, and the "question is the debatability of the underlying federal constitutional claim, not the resolution of that debate." *Miller-El v. Cockrell*, 537 U.S. 322, 342 (2003). Again, in the absence of objections from Washington, the undersigned adopts the Report and Recommendation on this issue, and concludes that no certificate should issue as Washington cannot make a substantial showing of the denial of a constitutional right.

Accordingly, **IT IS ORDERED** as follows:

(1) United States Magistrate Judge Edward B. Atkins' Report and Recommendation [DE 62] is hereby **ADOPTED IN FULL** as the findings of fact and conclusions of law of the Court.

(2) Defendant-Petitioner Pierre Stephan Washington's Motion to Vacate under 28 U.S.C. § 2255 [DE 51] is hereby **DENIED**.

This the 20th day of March, 2020.

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge